IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN R. LINDBURG, as a trustee of the Doris E. Lindburg Revocable Trust dated March 9, 2000;<br><br>Plaintiff,<br><br>vs.<br><br>LEXINGTON INSURANCE COMPANY, a Delaware corporation;<br><br>Defendant. | 8:21CV145<br><br>**RECUSAL ORDER** |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned."  Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

Dated this 8th day of November, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge